UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Theresa Franklin

    Debtor(s)

Case No. 17 B 11910

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/14/2017.

2) The plan was confirmed on 07/12/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/27/2017.

5) The case was Dismissed on 12/06/2017.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,195.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,195.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $673.49 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $49.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $723.04

Attorney fees paid and disclosed by debtor:   $400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accounts Recoverry Services | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| AIS Services | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| American Collectn Corp | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| Americash Loans | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Amerimark | Unsecured | 0.00 | 392.95 | 392.95 | 0.00 | 0.00 |
| Asset Management | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 0.00 | 2,586.23 | 2,586.23 | 0.00 | 0.00 |
| Bank of America | Unsecured | 1,995.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America N A | Secured | 179,613.00 | 159,379.80 | 159,379.80 | 0.00 | 0.00 |
| Bank Of America N A | Secured | 19,203.57 | 19,203.57 | 19,203.57 | 0.00 | 0.00 |
| Cba Collection Burea (Original Creditor: | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| CDA/ Pontiac | Unsecured | 806.00 | NA | NA | 0.00 | 0.00 |
| CDA/ Pontiac | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Check 'N Go | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 250.00 | 610.00 | 610.00 | 0.00 | 0.00 |
| City of Chicago Department of Water | Secured | 953.00 | 2,321.17 | 2,321.17 | 311.56 | 34.83 |
| CMRE Financial Services | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| Collection | Unsecured | 1,541.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 924.30 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 2,485.00 | 2,128.08 | 2,128.08 | 0.00 | 0.00 |
| Convergent | Unsecured | 4,807.44 | NA | NA | 0.00 | 0.00 |
| Credit Discount | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| Dr Leonards Shop Now | Unsecured | 0.00 | 284.48 | 284.48 | 0.00 | 0.00 |
| Figi's Companies Inc | Unsecured | 0.00 | 164.97 | 164.97 | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 1,170.30 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corp | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| K Jordan | Unsecured | 0.00 | 483.53 | 483.53 | 0.00 | 0.00 |
| Midland Credit Managment | Unsecured | 994.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Managment | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 0.00 | 219.37 | 219.37 | 0.00 | 0.00 |
| Monterey Financial Services | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Orkin Exterminating Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pay Day One | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,235.00 | 307.62 | 307.62 | 0.00 | 0.00 |
| Peoplesene | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Peoplesene | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 497.05 | 497.05 | 0.00 | 0.00 |
| Preferred Open MRI | Unsecured | 1,785.00 | NA | NA | 0.00 | 0.00 |
| professional collection | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| Progressive Finance | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 887.00 | 586.89 | 586.89 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 264.31 | 264.31 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 161.44 | 161.44 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 205.86 | 205.86 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 305.76 | 305.76 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 235.66 | 235.66 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 215.53 | 215.53 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Secntlmortg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Secntlmortg | Unsecured | 1,123.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 0.00 | 201.30 | 201.30 | 0.00 | 0.00 |
| Speedy Cash | Secured | 380.00 | 800.00 | 800.00 | 108.90 | 16.67 |
| Speedy Cash | Unsecured | NA | 1,001.20 | 1,001.20 | 0.00 | 0.00 |
| StanisLaus Credit Control Services | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi (Original Credito | Unsecured | 1,458.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi (Original Credito | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| Stoneberry | Unsecured | 0.00 | 524.24 | 524.24 | 0.00 | 0.00 |
| Superior Mgt | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| The Loan Machine | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless/Great | Unsecured | 1,705.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless/Great | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $159,379.80 | $0.00 | $0.00 |
|     Mortgage Arrearage | $19,203.57 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $800.00 | $108.90 | $16.67 |
|     All Other Secured | $2,321.17 | $311.56 | $34.83 |
| **TOTAL SECURED:** | **$181,704.54** | **$420.46** | **$51.50** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,376.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $723.04 |
| Disbursements to Creditors | $471.96 |
| **TOTAL DISBURSEMENTS :** | **$1,195.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/12/2018         By: /s/ Marilyn O. Marshall
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**